**PORZIO, BROMBERG & NEWMAN, P.C.**
Diane Fleming Averell, Esq., ID No.: (DA3889)
Tanya Y. Shah, Esq., ID No.: (TS5878)
100 Southgate Parkway
Morristown, NJ  07962-1997
(973) 538-4006
dfaverell@pbnlaw.com
tyshah@pbnlaw.com
Attorneys for Defendant The Chemours Company (improperly pled as "Chemours/DuPont")

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| RANDALL HOOGERHYDE,<br><br>Plaintiff,<br><br>v.<br><br>CHEMOURS/DUPONT, "ABC CORP 1-10" "JOHN DOES 1-10", "XYZ MAINTENANCE CORP 1-10" and "BOB BOE 1-10" (the last four being fictitious designations),<br><br>Defendants. | CIVIL ACTION NO.: 2:19-cv-14113<br><br>Removed from the Superior Court of New Jersey, BERGEN COUNTY<br>DOCKET NO. BER-L-001162-19<br><br>**CORPORATE DISCLOSURE STATEMENT FOR THE CHEMOURS COMPANY PURSUANT TO F.R.C.P. 7.1** |

Defendant The Chemours Company (improperly pled as "Chemours/DuPont") through its attorneys, Porzio, Bromberg & Newman, P.C., hereby provides the following disclosure in accordance with Federal Rule of Civil Procedure 7.1:

The Chemours Company is a Delaware corporation with a principal place of business in Delaware.  Publicly held corporation Fidelity Management & Research Company owns ten percent or more of The Chemours Company's stock and publicly held corporation The Vanguard Group, Inc.

4225951

owns ten percent or more of The Chemours Company's stock.

|  |  |
|---|---|
|  | **PORZIO, BROMBERG & NEWMAN, P.C.** |
|  | Attorneys for Defendant The Chemours Company |
|  |  |
|  | s/*Diane Fleming Averell* |
|  | By:   Diane Fleming Averell, Esq. |
|  |        Tanya Y. Shah, Esq. |
|  |        Attorneys of the Firm |
|  |        100 Southgate Parkway |
|  |        Morristown, New Jersey 07962-1997 |
| Dated:  June 21, 2019 |        (973) 538-4006 |

2

4225951